

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| EL PASO INDEPENDENT SCHOOL DISTRICT, | § | No. 08-14-00056-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 346th District Court |
| v. | | |
| | § | of El Paso County, Texas |
| ANNA LUISA KELL, | | |
| | § | (TC# 2013DCV2275) |
| Appellee. | | |
| | § | |

## O R D E R

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **August 15, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Mark Berry, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before August 15, 2014.

IT IS SO ORDERED this 6th day of August, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.